# United States District Court
# For The Western District of North Carolina
# Statesville Division

JASON VANCE PLEMMONS,

    Petitioner,   JUDGMENT IN A CIVIL CASE

vs.   CASE NO. 5:09CV8-2-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2009, Order.

Signed: March 16, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court